UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **KACEY NICOLE WAGNER**     §<br>     §<br>**Plaintiff,**     §<br>     §<br>     §    CASE NO. 3:22-cv-257<br>**v.**     §<br>     §<br>**NEWREZ, LLC d/b/a Shellpoint Mortgage**     §<br>**Servicing**     §<br>     §<br>**Defendant.**     § | |

### ROBERT NEWARK'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

Robert C. Newark, III ("Movants") respectfully request that the Court enter an order withdrawing Movants as counsel of record for Plaintiff, Kacey Nicole Wagner. In support of the Motion, Movant would should the following:

1. Good cause exists for this Court to grant the Motion because irreconcilable differences between counsel and Defendant exists:

    a. The client has failed substantially to fulfill an obligation to the lawyer regarding the lawyer's service to including not responding to phone calls and text messages;

    b. The representation has become unreasonable difficult by the client.

2. Plaintiff does not have other counsel at this time. Plaintifft's last known address is 1310 7th St, Santa Fe, TX  77510.

3. The withdrawal is not sought for delay only, but so that justice may be done.

- 2 -

WHEREFORE, PREMISES CONSIDERED, Movants respectfully request that the Court enter an order permitting Robert C. Newark, III, to withdraw as counsel of record for Plaintiff.

    Respectfully submitted,

    /s/ *Robert C. Newark*
    **Robert C. Newark**
    State Bar No. 24040097
    robert@newarkfirm.com
    1341 W. MOCKINGBIRD LANE, STE 600W
    DALLAS, TEXAS  75247
    (866)230-7236
    **(888)316-3398 (FAX)**
    **ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

A true and correct copy of this document was served by ECF on March 1, 2023 to:

Melanie D. Morgan

Additionally, a copy was mailed to Plaintiff at the address indicated in this motion and email to her at kaceywag@gmail.com.

    /s/Robert C. Newark, III
    Robert C. Newark, III