# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KACEY NICOLE WAGNER,** | § § § | |
| plaintiff, | § § | |
| v. | § § | Case 3:22-cv-257 |
| **NEWREZ, LLC dba Shellpoint Mortgage Servicing,** | § § § § | |
| defendant. | § | |

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF KACEY NICOLE WAGNER**

PLEASE TAKE NOTICE NewRez LLC dba Shellpoint Mortgage Servicing will take the oral deposition of Kacey Nicole Wagner on **Friday, March 10, 2023 at 10:00 a.m.**, in a meeting room at the Hilton Galveston, 5400 Seawall Blvd., Galveston, Texas  77551.  The deposition will be taken in person before a reporter authorized to administer oaths and will continue day to day until completed.  The deposition may also be videotaped.

Date: February 8, 2023

Respectfully submitted,

*/s/ Melanie D. Morgan*
Melanie D. Morgan
SBN: 24039096
melanie.morgan@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
**ATTORNEYS FOR DEFENDANT NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING**

## CERTIFICATE OF SERVICE

      A true and correct copy of this document was served on February 8, 2023 as follows:

**VIA E-MAIL: robert@newarkfirm.com**
**& CM RRR/#9414 7266 9904 2195 7057 34**
Robert C. Newark, III
A NEWARK FIRM
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
*Counsel for Plaintiff*

 

                                                                    */s/ Melanie D. Morgan*
                                                                    Melanie D. Morgan