# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KACEY NICOLE WAGNER,** | § § § | |
| plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-cv-257 |
| **NEWREZ, LLC dba Shellpoint Mortgage Servicing,** | § § § § | |
| defendant. | § § | |

## NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING'S AMENDED NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF KACEY NICOLE WAGNER

PLEASE TAKE NOTICE NewRez LLC dba Shellpoint Mortgage Servicing will take the oral deposition of Kacey Nicole Wagner on **Friday, March 10, 2023 at 10:00 a.m.**, via Zoom, https://advancedone.zoom.us/j/82702347532?pwd=Nnphdm0xQmFaM05TU283S2hjVVRsdz09, Meeting ID: 827 0234 7532, Passcode: 502020.  The deposition will be taken before a reporter authorized to administer oaths and will continue day to day until completed.

Date: March 6, 2023                    Respectfully submitted,

                              /s/ Melanie D. Morgan
                              Melanie D. Morgan
                              SBN: 24039096
                              melanie.morgan@akerman.com
                              AKERMAN LLP
                              2001 Ross Avenue, Suite 3600
                              Dallas, Texas 75201
                              Telephone: 214.720.4300
                              Facsimile:  214.981.9339
                              **ATTORNEYS FOR DEFENDANT NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING**

## CERTIFICATE OF SERVICE

      A true and correct copy of this document was served on March 6, 2023 as follows:

**VIA E-MAIL: robert@newarkfirm.com**
**& Regular U.S. Mail**
Robert C. Newark, III
A NEWARK FIRM
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
*Counsel for Plaintiff*

                                            */s/ Melanie D. Morgan*
                                            Melanie D. Morgan

**SHELLPOINT'S AMENDED NOTICE OF INTENT TO TAKE**
**THE ORAL DEPOSITION OF KACEY NICOLE WAGNER**     Page 2 of 2
Civil Action No. 3:22-cv-257; *Kacey Nicole Wagner v. NewRez, LLC dba Shellpoint Mortgage Servicing*