United States District Court
Southern District of Texas
**ENTERED**
March 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **KACEY NICOLE WAGNER** § § | |
| **Plaintiff,** § § | |
| § | **CASE NO. 3:22-cv-257** |
| v. § § | |
| **NEWREZ, LLC d/b/a Shellpoint Mortgage Servicing** § § § | |
| **Defendant.** § | |

## AGREED ORDER GRANTING
## RENEWED MOTION FOR WITHDRAWAL OF COUNSEL

On  March 16 , 2023, the Court considered the Motion for Withdrawal of Counsel by Movant Robert C. Newark, III.

The Court finds that:

1. Good cause exists for withdrawal of Movant as counsel and withdrawal of Movant is not sought for delay only.

**IT IS THEREFORE ORDERED** that Movant is permitted to withdraw as counsel of record for Plaintiff and **ORDERED** that all notices in this cause shall hereafter be served on Plainitff either delivered in person or sent by certified and first-class mail to the address in the motion.

**IT IS FURTHER ORDERED** that Robert C. Newark, III, Movant, immediately notify Plaintiff, Kacey Nicole Wagner, in writing of any additional settings or deadlines of which Movant now has knowledge and has not already notified Plaintiff.

SIGNED on  March 17 , 2023.

_____
UNITED STATES DISTRICT JUDGE